UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**ESTATE OF CHRISTOPHER J. BRIDGES, CJB, TAB, and JMB,**

**Plaintiffs,**

**NEW HAMPSHIRE INSURANCE COMPANY,**

**Involuntary Plaintiff,**

**v.** **Case No. 26-C-52**

**THE C.A. LAWTON CO., ABC INSURANCE COMPANY, JOHN DOES, and DEF INSURANCE COMPANY,**

**Defendants.**

# ORDER ADOPTING STIPULATED SEQUENCING OF DISCOVERY AND MODIFICATION OF SCHEDULING ORDER DEADLINES

This matter comes before the Court on the parties' Stipulation Regarding Sequencing of Discovery and Modification of Scheduling Order Deadlines. The Court, having reviewed the Stipulation and being fully advised, and for good cause shown, **APPROVES** the Stipulation and **ORDERS** as follows:

1. The following depositions shall proceed as scheduled: (a) the depositions of Tierney Grutza and Lori Goemans on September 18, 2026; and (b) the deposition of Devin Kuether on September 30, 2026.

2. All remaining merits discovery unrelated to the Wis. Stat. § 102.29(6)(b) immunity question—including the additional depositions Plaintiffs have identified concerning negligence and/or causation—is stayed pending the Court's ruling on Lawton's motion for summary

judgment. The stay applies only to discovery unrelated to the immunity question; discovery bearing on the immunity question, including the depositions identified in Paragraph 1, shall proceed. Nothing in this Order limits Plaintiffs' ability to conduct discovery relevant to, or to respond to, the motion for summary judgment.

3. Notwithstanding the stay on merits discovery, Lawton shall respond to Plaintiffs' interrogatories directed at identifying any potential third-party liability.

4. Plaintiffs' deadline to respond to Lawton's motion for summary judgment is extended by thirty (30) days beyond the deadline otherwise applicable under the Court's streamlined summary judgment procedure and Civil L.R. 56.

5. If the Court denies Lawton's motion for summary judgment and the action proceeds, Plaintiffs' expert witness disclosures under Fed. R. Civ. P. 26(a)(2) shall be due ninety (90) days after the date of the Court's decision on the motion, and Defendant's expert witness disclosures under Fed. R. Civ. P. 26(a)(2) shall be due one hundred nineteen (119) days thereafter. These deadlines supersede the November 13, 2026 and March 12, 2027 expert disclosure deadlines in the Scheduling Order (Dkt. 18, ¶ 3).

6. The parties shall meet and confer regarding any further adjustments to the remaining deadlines in the Scheduling Order (Dkt. 18) made necessary by the foregoing and shall submit any proposed modifications to the Court for approval. Except as set forth above, the Scheduling Order (Dkt. 18) remains in full force and effect.

Dated at Green Bay, Wisconsin this 11th day of September, 2026.

William C. Griesbach
United States District Judge